IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CASE NO. 4:18-cv-00126-CDL<br>J&M CONCEPTS, LLC, )<br>)<br>Defendant. )<br>) | |

## ORDER

Before the Court is Plaintiff Jordan Outdoor Enterprises, Ltd.'s Motion for Entry of Default Judgment. Having considered Plaintiff's Motion and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Pursuant to Federal Rule of Civil Procedure 55, Plaintiff is entitled to entry of a default judgment against Defendant J&M Concepts, LLC on Plaintiff's remaining claims for: (i) breach of contract, Count IV of the Complaint; (ii) breach of the implied duty of good faith and fair dealing, Count V of the Complaint; and (iii) litigation expenses, Count VII of the Complaint. The amount of the default judgment on these claims shall include the following: (i) $339,419.85 in royalties and interest, awarded pursuant to the Court's February 22, 2021 Order [ECF No. 117]; (ii) $118,304.80 in attorney's fees and expenses associated with bringing Plaintiff's royalty claims before this Court, awarded pursuant to the Court's February 22, 2021 Order; (iii) $52,080.00 for fees and costs incurred by Realtree's royalty auditor for completing the Royalty Audit Report; and (iv) $49,461.16 in attorneys' fees and costs associated with the Royalty Audit Report.

Plaintiff also seeks to recover one final element of damages—fees and costs of bringing this action *that have not already been awarded*. Plaintiff did not provide any evidence of the

amount of this element of damages.  By October 21, 2022, Plaintiff shall file a motion to amend the default judgment, attaching evidence of any fees and costs of bringing this action that have not already been awarded and are not duplicative of such fees and costs.  Plaintiff shall also submit a proposed order amending the judgment.

     SO ORDERED, this 3rd day of October, 2022.

                                           S/Clay D. Land
                                           Honorable Judge Clay D. Land
                                           United States District Judge
                                           Middle District of Georgia