IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:18-cv-126 (CDL) |
| | * | |
| J&M CONCEPTS, LLC , | | |
| | * | |
| Defendant. | | |
| | * | |

# DEFAULT JUDGMENT

Pursuant to this Court's Order dated October 3, 2022, and for the reasons stated therein, DEFAULT JUDGMENT is hereby entered against Defendant J&M Concepts, LLC on Plaintiff's remaining claims for: (i) breach of contract, Count IV of the Complaint; (ii) breach of the implied duty of good faith and fair dealing, Count V of the Complaint; and (iii) litigation expenses, Count VII of the Complaint. The amount of the default judgment on these claims shall include the following: (i) $339,419.85 in royalties and interest, awarded pursuant to the Court's February 22, 2021 Order [ECF No. 117]; (ii) $118,304.80 in attorney's fees and expenses associated with bringing Plaintiff's royalty claims before this Court, awarded pursuant to the Court's February 22, 2021 Order; (iii) $52,080.00 for fees and costs incurred by Realtree's royalty auditor for completing the Royalty Audit Report; and (iv) $49,461.16 in attorneys' fees and costs associated with the Royalty Audit Report. The amount shall accrue interest from the date of entry of judgment at the rate of 4.08% per annum until paid in full.

This 3rd day of October, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk