IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:18-cv-126 (CDL) |
| | * | |
| J&M CONCEPTS, LLC, | * | |
| Defendant. | * | |
| _____ | * | |

# **A M E N D E D   D E F A U L T   J U D G M E N T**

Pursuant to this Court's Order dated November 30, 2022, and for the reasons stated therein, default judgment against Defendant J&M Concepts, LLC is amended as follows:  The amount of the default judgment on Plaintiff's claims shall include the following: (i) $339,419.85 in royalties and interest, awarded pursuant to the Court's February 22, 2021 Order (ECF No. 117); (ii) $118,304.80 in attorney's fees and expenses associated with bringing Plaintiff's royalty claims before this Court, awarded pursuant to the Court's February 22, 2021 Order; (iii) $52,080.00 for fees and costs incurred by Plaintiff's royalty auditor for completing the Royalty Audit Report; (iv) $49,461.16 in attorneys' fees and costs associated with the Royalty Audit Report; and $385,091.34 in attorneys' fees associated with the defaulted claims.  The total amount of the amended default judgment is $944,357.15. The amount shall accrue interest from the date of entry of judgment at the rate of 4.08% per annum until paid in full.

This 30th day of November, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk